IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 JUN -3 P 4: 03
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| THELMA BARNES, BERNICE ADAMS DAVID ALEXANDER, ELIZABETH ALEXANDER, LANETTA ALEXANDER ARELEAN ALLEN, HELEN ALLEN, AND OTHER PLAINTIFFS IDENTIFED IN EXHIBIT "A" ATTACHED HERETO AND INCORPORATED FULLY HEREIN<br><br>Plaintiffs,<br><br>vs.<br><br>LIBERTY NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant, | CIVIL ACTION NO.:<br><br>2:05cv530-T |

### EXHIBIT "A" TO COMPLAINT

Robert Allen
Robert L. Allen
Sarah Allen
Mary Allums
Lois Alvies
Mae Alvies
Alberta Anderson
Clemia Anderson
David Anderson
H.V. Anderson, Jr.
Percy Andrews
Catherine Armbrester
Ada Askew
Catherine Austin
Eddie Ayers
Bettye Bailey
Harrison Bailey, Jr.
Willie Baker
Roberta Baldwin
Bessie Ball

Inell Banks
Herbert Barber
Alice Barley
Mealie Barlow
Ethel Barrow
Fred Bass
Annie Bates
Susie Bates
Laura Beavers
Gracie Bell
Mary Bell
Emma Belser
George Belyeu
Lendia Belyeu
Leshia Belyeu
Lettie Belyeu
Margaret Bennett
Mary Benson
Virginia Benson
Patricia Beville
Tom and Eddie Beville
Anthony Bibbs
Annie Billingsley
Thelma Bishop
Mary Bizzell
Cleveland Black
Deloris Blanding
Willie Blevins
Annie Teresa Blunt
Jerry Bond
Ethel Borders
Catherine Boyd
Elvira Boykin
Randy Bradford
Geraldine Braxton
Charles Brooks
Eugene Brooks
Richard Brooks
Cindy Brothers
Herman Brown
Lucida Brown
Mary Brown
Rosa Brown
Louise Brunson
Tiny Burns
Julia Burrow

Lera Burton
Willie Burts
Wilhelmina Bush-Norris
Emma Buycks
Carl Byers
Debra Byrd
Ida Byrd
Jeffery Byrd
Joseph Byrd
Marion Byrd
Vanessa Byrd
Annie Caldwell
Dorothy Campbell
Edward Campbell
Leon Campbell
Sarah Campbell
Shirley Campbell
Steve Caraway
Verlener Cargill
Lola Carmichael
William Carroll
Sarah Carter
Virginia Carter
Martha Chambliss
Annie Chapman
Edith Chisholm
Nelson Christian