# EXHIBIT 4

FILED IN CLERK'S OFFIC
U.S.D.C. - Atlanta

$\mathcal{I}u$

JUN 2 0 2002

LUTHER D. THOMAS, Cl.
By: _____ Deputy Cl.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WILLIE LEE ARNOLD,                    :

    Plaintiff,                    :        CIVIL ACTION

v.                                    :        1:02-cv-991-MHS

LIBERTY NATIONAL LIFE               :
INSURANCE CO.,
                                      :
    Defendant.                    -

## ORDER

The Court GRANTS defendant's unopposed motion to transfer [#3-1]; and DIRECTS the Clerk to transfer this matter to the Northern District of Alabama.

IT IS SO ORDERED, this 20 day of June, 2002.

_____
Marvin H. Shoob, Senior Judge
United States District Court
Northern District of Georgia

1

FILED IN CLERK'S OFFICE
U.S.D.C. Rome

JUN 18 2002

LUTHER D. TH~
By: [signature]

**ORIGINAL**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

Ralph Morgan, Jr.,

    Plaintiff,

v.

                           CIVIL ACTION FILE
                           NO. 4:02-CV-0083-HLM

Liberty National Life      CV-02-C-1498-S
Insurance Company,

    Defendant.

02 JUN 20 AM 11: 21
U.S. DISTRICT COURT
N.D. OF ALABAMA
F I L E D

## ORDER

This case is before the Court on Defendant's Motion to Transfer Case to Northern District of Alabama [3].

Defendant has moved to transfer this case to the Northern District of Alabama, where several related cases are pending. The Court **GRANTS** Defendant's Motion to Transfer Case to Northern District of Alabama [3], and **TRANSFERS** this case to the Northern District of Alabama.

IT IS SO ORDERED, this the 17 day of June, 2002.

_____
UNITED STATES DISTRICT JUDGE

ATTEST: A TRUE COPY
CERTIFIED THIS

JUN 18 2002

Luther D. Thomas, Clerk
By: [signature]
Deputy Clerk

1

AO 72A
(Rev.8/82)