IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THELMA BARNES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-cv-530-T |
| ) | |
| LIBERTY NATIONAL LIFE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

PLAINTIFFS' RESPONSE AND CONSENT TO
LIBERTY NATIONAL LIFE INSURANCE COMPANY'S
MOTION TO TRANSER

Plaintiffs hereby CONSENT to the transfer of this action to the United States District Court for the Northern District of Alabama, so that it may then be consolidated with *In re Liberty National Insurance Cases* (2:02-cv-2741-UWC), as other similar cases filed by this firm and others have been. Such transfer will promote judicial economy and the timely resolution of the plaintiffs' claims. As such, it is respectfully submitted that Liberty National's Motion to Transfer, filed June 28, 2005, should be granted.

_____
W. Daniel "Dee" Miles

OF COUNSEL
Jere L. Beasley, Esq.
C. Gibson Vance, Esq.
Beasley, Allen, Crow, Methvin,
Portis & Miles, P.C.
272 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

1

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served the above and foregoing on:

Michael R. Pennington
Anne Marie Seibel
BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104

Scott B. Smith, Esq.
BRADLEY ARANT ROSE & WHITE LLP
200 Clinton Avenue West, Suite 900
Huntsville, AL 35801-4900

William J. Baxley
William C. Barclift, III
Betsy P. Collins
BAXLEY, DILLARD, DAUPHIN & McKNIGHT
2008 3rd Avenue South
Birmingham, AL 35233

Floyd D. Gaines
GAINES LLC
P.O. Box 395
Birmingham, AL 35203

by placing a copy of same in the United States Mail, first-class postage prepaid, on this 13TH day of July, 2005.

_____
OF COUNSEL