**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Joseph Colvin_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)
Joe Colvin

C. Date of Delivery
7/21/05

1. Clerk, U. S. District Court
Northern District of Alabama
United States District Court
Hugo L. Black U. S. Courthouse
1729 5th Avenue North, Room 140
Birmingham, AL 35203

2:05cv530
2:05cv531 (entire file w/ 1st order)

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:       ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7004 2510 0001 0150 7164

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540